*Tuesday, December 20, 1994*
## MOTION DOCKET

**94–2070.** State v. Girts. *Cuyahoga County*, No. 65750. On motion for bail hearing. Motion denied.